IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LARRY GREEN, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. RDB-12-00264 |
| WACKENHUT SECURITY INC., a/k/a G4S SECURE SOLUTIONS (USA), INC., | * | |
| | * | |
| Defendant. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER AND JUDGMENT**

For the reasons stated in the foregoing Memorandum Opinion, it is this 19th day of August, 2013, ORDERED and ADJUDGED, that:

1. Defendant Wackenhut Security, Inc. d/b/a G4S Government Solutions, Inc.'s Motion for Summary Judgment (ECF No. 12) is GRANTED;

2. That judgment BE, and it hereby IS, entered in favor of the Defendant Wackenhut Security, Inc. d/b/a G4S Government Solutions, Inc. and against the Plaintiff Larry Green;

3. The Clerk of the Court transmit copies of this Order and accompanying Memorandum Opinion to the parties; and

4. The Clerk of Court CLOSE this case.

/s/
Richard D. Bennett
United States District Judge